KELLY A. JOHNSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
TODD W. GLEASON
U.S. Dep't of Justice
Env. & Natural Resources Div.
Env. Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Telephone: (202) 305-0739
Fax: (202) 353-7763
Email: todd.gleason@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, et al.

Plaintiffs,

-vs-

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.

Defendants.

Case No. C-05-04093 CRB

**STIPULATION EXTENDING DEFENDANTS' ANSWERING TIME AND ALL DATES SET FORTH IN THE COURT'S OCTOBER 11, 2005 CMC ORDER**

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Environment & Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6967
Facsimile: (415) 436-6748

Attorneys for Defendants

DANIEL KINBURN
KAREN WILLIAMS
Physicians' Committee for Responsible Medicine
5100 Wisconsin Ave., N.W.
Washington D.C. 20016
Telephone: (202) 686-2210

Attorney for Plaintiffs

Pursuant to Local Rules 6-1 and 6-2, and Judge Charles Breyer's Standing Orders, the above-captioned parties agree to extend the Defendants' time to respond to Plaintiffs' Complaint to January 13, 2006. Further, the parties stipulate to the following, modified, "Order Setting Initial Case Management Conference" ("CMC Order"):

| | |
|---|---|
| 10/11/2005 | Complaint filed |
| 1/23/2006 | Last day to meet & confer re initial disclosures, early settlement, ADR process selection, & discovery plan. |
| 1/23/2006 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference |
| 2/6/2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, & file/serve Rule 26(f) Report |
| 2/10/2006 | Case Management Conference in Ctrm. 8, 19th FL, SF at 8:30 AM |

Pursuant to Local Rule 6-2 and Judge Charles Breyer's Standing Orders, the Defendants have filed a Declaration in support of this Stipulation (Attachment 1 hereto).

DATE: November 9, 2005

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

TODD W. GLEASON
U.S. Dep't of Justice
Env. & Natural Resources Div.
Env. Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Telephone: (202) 305-0739

DANIEL KINBURN
KAREN WILLIAMS
Physicians' Committee for Responsible Medicine
5100 Wisconsin Ave., N.W.
Washington D.C. 20016
Telephone: (202) 686-2210

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the Defendants shall answer Plaintiffs' Complaint on or before January 13, 2005, and this Court's October 11, 2005, CMC Order is modified as set forth above (i.e., all dates are extended by 30 days).

Date: November 14, 2005

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

APPROVED

Judge Charles R. Breyer

The Honorable Ch[illegible] Breyer
Unit[illegible]