IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR<br>RESPONSIBLE MEDICINE et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION<br>AGENCY et al.,<br><br>    Defendants | No. C 05-04093 CRB<br><br>**ORDER RE: BRIEFING** |

    Now pending before the Court is plaintiffs' motion for leave to amend the complaint, noticed for hearing on May 12, 2006. Due to the unavailability of the Court, oral argument is continued to June 9, 2006 at 10:00 a.m. The briefing schedule, however, shall remain as if the motion were being heard on May 12, 2006.

    **IT IS SO ORDERED.**

Dated: April 14, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4093\orderrebriefing.wpd