IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>Defendants. | No. C 05-04093 CRB<br><br>**ORDER** |

    Now pending before the Court is plaintiffs' motion for leave to file an amended complaint. After reviewing plaintiffs' motion and defendants' response, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and GRANTS the motion to amend. Plaintiffs shall file their amended complaint on or before May 5, 2006. Defendants' response to the amended complaint shall be filed within 30 days of service of the amended complaint.

    **IT IS SO ORDERED.**

Dated: April 27, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4093\orderreamend.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\4093\orderreamend.wpd                2