SUE ELLEN WOOLDRIDGE
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Div.
TODD W. GLEASON
U.S. Dep't of Justice
Env. & Natural Resources Div.
Env. Defense Section
P.O. Box 23986
Washington D.C. 20026-3986
Telephone: (202) 305-0739
Fax: (202) 353-7763

Email: todd.gleason@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, et al.<br><br>Plaintiffs,<br><br>-vs-<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>Defendants. | Case No. C-05-04093 CRB<br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

WHEREAS, this Court has granted/endorsed two prior motions/stipulations for extensions of defendants' answering time (Docs. 18, 37).

STIPULATION TO SET BRIEFING SCHEDULE; C-05-04093 CRB

1       WHEREAS, on February 13, 2006, defendants filed an Answer (Doc. 21-1) to plaintiffs'
2  complaint.
3       WHEREAS, on April 4, 2006, plaintiffs filed a "Motion for Leave to File Amended
4  Complaint" (Docs. 33-35).
5       WHEREAS, the Court granted plaintiffs' motion for leave to amend on April 27, 2006 (Doc.
6  39), and ordered the defendants to respond to the amended complaint within 30 days of service
7  thereof.
8       WHEREAS, on or about April 28, 2006, plaintiffs filed their First Amended Complaint (Doc.
9  40).
10      WHEREAS, on May 22, 2006, defendants filed their First Amended Answer (Doc. 47).
11      WHEREAS, in the interests of judicial economy, the parties believe that all procedural,
12  jurisdictional, and legal issues can be resolved in one round of briefing.
13      Pursuant to Local Rule 6 and Judge Charles Breyer's Standing Orders, the above-captioned
14  PARTIES THEREFORE AGREE AS FOLLOWS:
15      1.   Plaintiffs will file a Motion for Summary Judgment pursuant to Rule 56 of the Federal
16  Rules of Civil Procedure ("FRCP") by May 31, 2006.
17      2.   Defendants will file a Response to Plaintiffs' Motion for Summary Judgment and
18  Cross-Motion for Summary Judgment by July 12, 2006.
19      3.   Plaintiffs will file a Reply in Support of their Motion for Summary Judgment and a
20  Response to Defendants' Cross-Motion by August 2, 2006.
21      4.   Defendants will file a Reply in Support of their Cross-Motion by August 23, 2006.
22      5.   A hearing on all motions and cross-motions will be held on September 8, 2006, or as
23  soon thereafter as counsel may be heard.

1   DATE: May 22, 2006

 SUE ELLEN WOOLDRIDGE
 Assistant Attorney General
 Environment and Natural Resources Division

 *(signature)*

 TODD W. GLEASON
 U.S. Dep't of Justice
 Env. & Natural Resources Div.
 Env. Defense Section
 P.O. Box 23986
 Washington D.C. 20026-3986
 Telephone: (202) 305-0739

 *(signature)*

 DANIEL KINBURN pro hac vice
 CLAIRE LOUISE GREGORY, pro hac vice
 Physicians' Committee for Responsible Medicine
 5100 Wisconsin Ave., N.W.
 Washington D.C. 20016
 Telephone: (202) 686-2210

 BRUCE A. WAGMAN (CSB # 159987)
 ADRIENNE S. LEIGHT (CSB # 226854)
 Morgenstein & Jubelirer LLP
 One Market St., Spear Street Tower, 32nd Floor
 San Francisco, CA  94105
 Telephone: (415) 901-8700

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ___May 24___, 2006

The Honorable Charles R. Breyer
United States District [Judge]
North[ern District of California]

*IT IS SO ORDERED*
*(signature)*
Judge Charles R. Breyer

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*

STIPULATION TO SET BRIEFING SCHEDULE; C-05-04093 CRB                — 3 —